IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DAVID PETERS, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | **MASTER FILE NO. 8:00CV346** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **GENERAL SERVICE BUREAU,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court following a telephone conference with the parties in this matter. Participating in the telephone conference were Pamela A. Car and Cary L. Flitter, attorneys for the plaintiffs, and Karen A. Haase and Robert L. Bals, attorneys for the defendant. The parties agreed to consolidate this matter with Case No. 8:01CV367 for purposes of discovery and progression. This matter was previously stayed pending ruling on the defendant's motion to dismiss in Case No. 8:01CV367. **See** Master File No. 8:00CV346, Filing Nos. 79-86. The court has ruled upon the motion to dismiss in 8:01CV367. **See** Case No. 8:01CV367, Filing No. 37. Accordingly, the stay entered in the cases consolidated under the Master File (Master File No. 8:00CV346) is dissolved.

**IT IS SO ORDERED.**

Dated this 19th day of December, 2002.

BY THE COURT:

s/Thomas D. Thalken
THOMAS D. THALKEN
United States Magistrate Judge
